PEOPLE ex rel. COYLE *v.* MARTIN et al., Commissioners, etc.

CERTIORARI to review the judgment of the board of police of the city of New York, dismissing the relator from the police force.

*Per Curiam.* The judgment should be affirmed and the writ dismissed, with fifty dollars costs and disbursements to the respondents.

---

PEOPLE ex rel. KELLY, *v.* MARTIN et al., Commissioners, etc.

CERTIORARI to review the judgment of the board of police of the city of New York, dismissing the relator from the police force.

*Per Curiam.* The judgment should be affirmed and the writ dismissed, with fifty dollars costs and disbursements to the respondents.

---

CHAMOWITZ *v.* CHAMOWITZ.

APPEAL from order denying motion for an inspection of papers.

*Charles H. Smith,* for plaintiff (appellant).

*Abraham H. Sarasohn,* for defendant (respondent).

*Per Curiam.* The discretion of the court below was properly exercised, and the order is affirmed, without costs.

---

HOPKINS, as Executor, etc., *v.* GOURAND et al.

APPEAL by two of the defendants from a judgment of Special Term in an action to construe the will of the testatrix, etc., etc.

*James McGregor Smith,* for plaintiff (respondent).

*Goldsmith & Doherty* and *Thomas H. Cook*, for defendants (appellants).

*Per Curiam.* The judgment should be affirmed, with costs, upon the opinion rendered by the learned judge below.